UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAUSCH & LOMB INCORPORATED,<br><br>                              *Plaintiff*,<br><br>          v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>                              *Defendant*. | Civil Action No.<br>6:08-cv-6260 (MAT) (MWP) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record for plaintiff Bausch & Lomb Incorporated. I certify that I am admitted to practice in this court.

Dated:   May 25, 2011

                                           WACHTELL, LIPTON, ROSEN & KATZ

                                           By:   /s/ George T. Conway III
                                                     George T. Conway III

                                           51 West 52nd Street
                                           New York, New York  10019
                                           Tel.:  (212) 403-1000
                                           Fax:  (212) 403-2000

                                           *Attorney for Plaintiff Bausch & Lomb*
                                              *  Incorporated*

TO:   All Counsel of Record (by CM/ECF)