UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BAUSCH & LOMB INCORPORATED,

                        Plaintiff,              No. 6:08-cv-6260 (MAT) (MWP)

      -against-                 **STIPULATION OF VOLUNTARY**
                                                                               **DISMISSAL WITH PREJUDICE**

LEXINGTON INSURANCE COMPANY,

                        Defendant.

------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Bausch & Lomb, Inc. ("B&L") and defendant Lexington Insurance Company ("Lexington"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(a), all claims by B&L against Lexington in the above-captioned action are dismissed with prejudice, and without costs.

Dated: Rochester, New York
          October 17, 2011

| | |
|---|---|
| /s/ Jeffrey A. Wadsworth | /s/ Andrew T. Houghton |
| Jeffrey A. Wadsworth | Lawrence Klein |
| Harter Secrest & Emery, LLP | Andrew T. Houghton |
| 1600 Bausch & Lomb Place | Christopher J. Celentano |
| Rochester, New York 14604-2711 | Sedgwick LLP |
| Phone: (585) 232-6500 | 125 Broad Street, 39th Floor |
| Fax: (585) 232-2152 | New York, New York 10004-2400 |
| jwadsworth@hselaw.com | Telephone (212) 422-0202 |
| | Fax (212) 422-0925 |
| | Lawrence.klein@sedgwicklaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

SO ORDERED

S/MICHAEL A. TELESCA
_____
The Honorable Michael A. Telesca
United States District Court Judge

Dated:   10/17/11